AO 91 (Rev. 11/11) Criminal Complaint

| AUSA: | Ann Nee | Telephone: (313) 226-9100 |
|---|---|---|
| Special Agent: | Molly Blesi | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Charley Harris Gee

Case No. Case: 2:24−mj−30267

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 12, 2024 through July 8, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5)(b) | Possession of, and access with intent to view child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Molly Blesi, Special Agent (FBI)
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 12, 2024

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Molly Blesi, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent, with the Federal Bureau of Investigation (FBI). I have been a Special Agent of the FBI since December 2021. I am presently assigned to the Detroit, Michigan field office, and work primarily on cases involving organized criminal groups. I have experience in the investigation, apprehension and prosecution of individuals involved in federal criminal offenses. During these investigations, my duties included participating in search warrants, electronic and physical surveillance, and electronic analysis. I have consulted with other law enforcement officers and agents with extensive experience in investigating cases involving child pornography and the sexual exploitation of children.

2. I have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Charley Harris Gee for violations of 18 U.S.C.

1

§§ 2252A(a)(2) (distribution of child pornography) and 2252A(a)(5)(B) (possession of and access with intent to view child pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Gee has violated the above statutes.

## FACTS ESTABLISHING PROBABLE CAUSE

6. On or about June 12, 2024, an FBI Online Undercover Employee (OCE) was active on an online chat platform, referred to as Application A. The chat group is known to contain users engaged in child exploitation, to include the distribution, possession, production, receipt, and/or transportation of child pornography and child sexual abuse material.

7. Within the group chat, a user with the username Gotblocked_ asked, "anyone with [Cloud Storage A] chat link?" The user then stated, "Im bouta get some links".

2

8. Based on my training and experience, I know that Cloud Storage A is a file sharing website that is often used to share folders containing child pornography and CSAM in a secure and anonymous way among users.

9. Gotblocked_ then stated, "it's shitty but it's something," before posting a link to a Cloud Storage A folder.

10. The OCE reviewed the link posted by Gotblocked_ and found that it contained approximately 24 videos of minors, including prepubescent and early pubescent females, engaged in sex acts. Each of the videos met the federal definition of child pornography. One of the videos is described as follows:

- The video depicts a prepubescent female wearing a tank top with no underwear, dancing in a bathroom. The child lays on the floor of the bathroom and places the camera in a position to focus on her genitals. The child gyrates her lower torso and penetrates her genitals with her fingers.

11. On the same day, the OCE added user Gotblocked_ to a private chat on Application A. During the conversation, the user Gotblocked_ identified himself as being in Michigan.

12. The OCE and user Gotblocked_ engaged in a conversation relating to the sexual abuse of children. During the conversation, the OCE indicates that he had previously engaged in sexual activity with a young minor child. Gotblocked_ then

3

responded, "Nutting in him [the minor child] & on him every day & night I think id be drained from how much id use."

13. Gotblocked_ then asked, "You made any vids? Closes I got was rubbing my tip on [reference to a 3-year-old minor child (MC-1)] & nutting on him."

14. The OCE and user Gotblocked_ later have a conversation about whether user Gotblocked_ produced videos of Gotblocked_ sexually abusing MC-1. Gotblocked_ responded, "I don't really get to catch shit it be more ppl around I did that when mfs was sleep lol." Gotblocked_ also stated, "I wanna get some sleep medicine & go full."

15. The user Gotblocked_ also stated that he has access to MC-1 on a frequent basis.

16. Based on my training and experience I believe that user Gotblocked_ is expressing to the OCE that Gotblocked_ has regular access to MC-1, that Gotblocked_ has sexually abused MC-1, and that Gotblocked_ intends to further abuse MC-1, including by potentially providing MC-1 with sleep medication.

17. On June 12, 2024, an administrative subpoena was issued to Application A for subscriber information related to account Gotblocked_. A return was received on June 14, 2024. The IP address associated with the account was identified as 76.112.91.82.

18.     The IP address is serviced by Comcast. An administrative subpoena was sent the same day and a return identified the customer as Charley Gee, at a residence in Detroit, Michigan.

19.     According to records received from the State of Michigan, Charley Harris Gee, lives at the residence associated with the IP address.

20.     On or around July 8, 2024, search warrants were executed for Gee and Gee's residence. During the search a phone was seized from Gee's person and subsequently forensically reviewed.

21.     A review of Gee's phone revealed that he accessed Application A on multiple occasions. For instance, on June 12, 2024, Gee's phone data shows that Gee accessed Application A at 3:40 p.m. UTC. Records obtained from Application A show a corresponding login to the Gotblocked_ account at 3:41 p.m. UTC. On another occasion on May 15, 2024, Gee's phone data shows that Gee accessed Application A at 11:17 a.m. UTC. Application A records show a corresponding login to the Gotblocked_ account at 11:17 a.m. UTC.

22.     Gee also had the Cloud Storage A application installed on his phone.

23.     A review of Gee's phone revealed dozens of thumbnail and cache images of child pornography located in a cache area associated with the phone's library. Based on my training and experience, and on conversations with other law enforcement officers with training and experience in cell phone forensics, when

images and/or videos on a phone are deleted, they are often first moved into the phone's cache, and then eventually overwritten at a later time when the phone needs to use that storage space. One of these images on Gee's phone was a toddler aged child grasping an adult male penis. Another image showed two prepubescent males, nude and on a bed, engaging in anal sex.

## CONCLUSION

24. Based on the foregoing, there is probable cause to believe that Charley Harris Gee violated 18 U.S.C. §§ 2252A(a)(2) (distribution of child pornography) and 2252A(a)(5)(B) (possession of and access with intent to view child pornography).

Respectfully submitted,

*[signature]*

Molly Blesi, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*[signature: Elizabeth A. Stafford]*

HON. ELIZABETH STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date: July 12, 2024